# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FRANTZ DANIEL,
        **Plaintiff,**

v.
        Case No: 6:17-cv-1471-Orl-18TBS

WALGREENS DISTRIBUTIONS CENTER,
        **Defendant.**

## ORDER

This cause came on for consideration on Plaintiff Frantz Daniel's Application to Proceed without Prepaying Fees or Costs (Doc. 2), which was referred to the United States Magistrate Judge for a report and recommendation. On September 19, 2017, United States Magistrate Judge Thomas B. Smith entered a Report and Recommendation (Doc. 9), wherein he recommends that Daniel's case be dismissed without leave to amend. (*Id.* at 5-6.)

After review of the Report and Recommendation (Doc. 9), and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 9) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Frantz Daniel's Application to Proceed without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. Plaintiff Frantz Daniel's Complaint (Doc. 1) is **DISMISSED without leave to amend**.

3. The Clerk of Court is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this 16 day of October, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Unrepresented Parties